IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

RECEIVED

2008 FEB 25 A 10: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marcus Wayne Johnson     )
_____  )
_____  )
_____  )
        Plaintiff(s)     )
                         )       2:08cv 135- MHT
     v.                  )
State of Alabama et al   )
_____  )
_____  )
_____  )
        Defendant(s)     )

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) __Marcus Wayne Johnson # 210959__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 210959          NAME: JOHNSON, MARCUS WAYNE          AS OF: 02/14/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 14 | $86.72 | $100.00 |
| MAR | 31 | $114.01 | $300.00 |
| APR | 30 | $48.19 | $175.00 |
| MAY | 31 | $33.26 | $370.00 |
| JUN | 30 | $447.97 | $850.00 |
| JUL | 31 | $105.04 | $0.00 |
| AUG | 31 | $65.51 | $202.98 |
| SEP | 30 | $16.46 | $100.00 |
| OCT | 31 | $34.38 | $200.00 |
| NOV | 30 | $50.62 | $230.00 |
| DEC | 31 | $21.43 | $95.00 |
| JAN | 31 | $48.13 | $230.00 |
| FEB | 14 | $55.96 | $200.00 |
| Average 12 month balance | | $93.97 | $254.41 |

*Valeria Spates* (signature)
Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 15th DAY OF February, 2008.

*Deborah W. Patterson* (signature), Notary Public