IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS WAYNE JOHNSON, # 210959, | ) ) ) |
| Petitioner, | ) ) |
| v | ) ) Civil Action No.2:08cv135-MHT |
| STATE OF ALABAMA, *et al.*, | ) ) ) |
| Respondents. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 11, 2008, Petitioner shall file a supplement to the instant habeas petition that specifically states the judgment he seeks to challenge and the name and location of the trial court that entered his conviction and sentence.

Petitioner is CAUTIONED that if he fails to file a supplement in compliance with this order the court will recommend that his habeas petition be dismissed.

Done this 26th day of February, 2008.

            /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE