# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

MARCUS WAYNE JOHNSON,  )
  Petitioner

Vs.  )  Civil Action No. 2:08 cv 135-MHT

STATE OF ALABAMA,  )  Ref: CC-04-903, CC-05-1233
  et. al., Respondents

## HABEAS CORPUS PETITION AFTER RETURN

Comes now Petitioner, Marcus Wayne Johnson, pro se, before this Honorable Court and moves to have this cause reviewed for any such relief so deemed to be just in this matter, as the previous petition was returned to obtain information as it relates to the plea colloquy in this case and the full explanation of right and to file a response to the allegations therein was remitted and returned the filing for the lower courts to rule upon in compliance with 2244 and thereafter: the following petition is in the nature of a post-conviction writ, the petitioner admits that he has material facts that have never been before this court for their review and the consideration of such limitation and terms of imprisonment that was never discussed or offered under the discovery rules to this petitioner to either oppose or utilize for the consideration of the plea colloquy in violation of Rules of The Court in their full content and meaning for the colloquy and process of the requirements for a fair and intelligently made plea. Again this subject matter is directly newly discovered information under jurisdictional issues and are not time barred, thus the toll of time bar is not effected.

 As a matter of information the petitioner has previously relied upon the procedure of the court to determine the issue of whether the plea was fully explained and contained in the Records as the State alleges in every answer and the same records will clearly show that at no time did the counsel, Assistant District Attorney or the Judge presiding over the case ever explain that the range of punishment of the effect of imposing such, the petitioner now ask this court to review the issues and give full weight to the material of which the prosecution relied upon in the plea and subsequent conviction of this petitioner, which directly violated colloquy material fairness and disclosure, which undermined this court in it process of justice by convicting a person of such criminal acts that have held him imprisoned without justification, jurisdiction and/ or resolve.

This Court has ORDERED, a statement that would require that the matter be transferred and there was no objection to such, although the record should reflect that the Petitioner did in fact respond to the request of the Magistrate Judge and inform the Court that the Case Originated in the Northern District of Alabama in and for said county of Madison County, Alabama, although the

1

filing of this petition had to be filed in the District in which the Petitioner was currently housed in detainment, and subsequently if necessary knowledge that the case would be transferred to the Northern District of Alabama Northern Division, for Madison County, Alabama.

WHEREFORE THE FOREGOING CONSIDERED; it is prayed that this Honorable Court render a decision to hold a hearing on these factual Constitutional Violations and correct the injustice of this instant case by transferring the case file to the Appropriate district for disposition.

Done this 3rd day of May, 2008.

Respectfully submitted,

Marcus Wayne Johnson
3800 Fountain F-DORM
Atmore, Alabama  36503

## CERTIFICATE OF SERVICE

I, hereby certify that a true and complete copy of the foregoing was forwarded to the following for notice of this filing to the same by placing the same in the United States Mail postage pre-paid and addressed as follows:
Donald Rizzardi, District Attorney
Box 256
Huntsville, Alabama 35801

Criminal Court of Appeals
P.O. Box 301555
Montgomery, Al 36130-1555

Done this 3rd day of May, 2008.

Marcus Wayne Johnson
3800 Fountain F-DORM
Atmore, Alabama  36503

Marcus Wayne Johnson #210959
F-63A
Fountain 3800
Atmore, AL 36503



MOBILE AL
05 JUN 2008 PM 2 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0911