IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS WAYNE JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv135-MHT |
| ) | (WO) |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On May 23, 2008 (Doc. # 4), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 4) is adopted and that the petition for writ of habeas corpus (Doc. # 1) is denied without prejudice for petitioner's failure to comply with the order of this court.

It is further ORDERED that the application to proceed without payment of fees (Doc. # 2) is denied.

DONE, this the 27th day of June, 2008.

                                                 /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE